**DISMISS; and Opinion Filed March 25, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00156-CV

### IN THE INTEREST OF A.M. AND F.F., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-55925-2014**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Fillmore

Before the Court is appellant's March 20, 2015 notice of nonsuit. Appellant has informed the Court that he no longer desires to prosecute this appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE


150156F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTERST OF A.M. AND F.F., CHILDREN

No. 05-15-00156-CV

On Appeal from the 429th Judicial District Court, Collin County, Texas.
Trial Court Cause No. 429-55925-2014.
Opinion delivered by Justice Fillmore.
Justices Bridges and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee RUHINA NAJAM recover her costs of this appeal from appellant GHOUSE MOHIUDDIN.

Judgment entered this 25th day of March, 2015.